UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-21937-CIV-GAYLES/WHITE

AVINIE MAURICE BATES, III,

        Petitioner,

v.

WARDEN DOBBS,

        Respondent.
_____/

## AMENDED ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge ("Report") [ECF No. 4]. Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 attacking his conviction and sentence entered in the Northern District of Florida. [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 3]. Because the Petition improperly seeks relief in this Court pursuant to § 2241, rather than in the sentencing court pursuant to § 2255, Judge White recommends that the Court dismiss the Petition without prejudice as improperly filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Objections to the Report were due by June 1, 2018. [*See* ECF No. 4]. On June 4, 2018, not having received any objection and finding no clear error in Judge White's analysis, the Court affirmed and adopted the Report. [ECF No. 5]. On June 14, 2018, the Court received Petitioner's Objection to Report of Magistrate Judge [ECF No. 7], which was dated May 30, 2018. Thus, the Court will treat the Objection as timely.

Having now conducted a *de novo* review, the Court continues to agree with Judge White's analysis and agrees that the Petition must be dismissed. As Judge White explained, Petitioner may challenge his conviction and sentence using a § 2241 petition (rather than a § 2255 petition) only if he makes a showing under the "savings clause" that "the remedy by [§ 2255] motion is inadequate or ineffective to test the legality of his detention." 28 U.S.C. § 2255(e). Having failed to make that showing, his § 2241 petition must be dismissed as improperly filed.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge White's Report of Magistrate Judge [ECF No. 4] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) the Petition [ECF No. 1] is **DISMISSED without prejudice**;

(3) no certificate of appealability shall issue; and

(4) this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of June, 2018.

                              DARRIN P. GAYLES
                              UNITED STATES DISTRICT JUDGE